U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL  6 2010

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEITH CAMPBELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:09-cv-1672-B |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.[1]

SO ORDERED this 6 day of Jul, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] It bears mention that, as noted by the Magistrate Judge, the ALJ's findings with respect to Dr. Lara Johnson's opinion that Plaintiff is disabled are somewhat confusing. Nonetheless, the Court agrees with the Magistrate Judge that the ALJ considered Dr. Johnson's opinion in light of the other medical evidence of record and found that report of Campbell's medical condition was consistent with the other medical evidence of record but that her opinion regarding the disabling nature of Campbell's impairments was not supported by substantial evidence.